IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**NANCY LYN MCGONAGILL** **PLAINTFF**

**VS.** **CIVIL ACTION NO. 4:16-cv-024-DMB-JMV**

**INDIANOLA PECAN HOUSE, INC.** **DEFENDANT**

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff herby gives notice of dismissal with prejudice against all Defendants in this case. This notice has been submitted prior to any defendant having filed an answer or motion for summary judgment in this case.

**RESPECTFULLY SUBMITTED, THIS,** the 6th day of May, 2016.

/s/ L. Douglas Wade, Jr._____
L. Douglas Wade, Jr., MSB No. 99999
Attorney for Plaintiff

OF COUNSEL:

Wade Law Office, PLLC
255 South Poplar Street
P.O. Box 1557
Greenville, MS 38702-1557
T: (662) 332-2000
F: (662) 332-2067